# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LINDA F. HEGEMAN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Docket No. 2:07-cv-0058-DBH |
| v. | ) | |
| | ) | |
| WOLPOFF & ABRAMSON, LLP, | ) | |
| BANK OF AMERICAN, N.A., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| FIA CARD SERVICES, N.A., f/k/a | ) | |
| MBNA AMERICA BANK, N.A., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties to the above-captioned matter, by and through their undersigned counsel, and stipulate to the dismissal of the above action, with prejudice and without costs to any party.

Dated:  July 18, 2007                         /s/ Rita M. Farry
                                              Rita M. Farry, Esq.
                                              Attorney for Defendants
                                              and Counterclaim Plaintiff


Dated:   July 18, 2007                        /s/ J. Scott Logan
                                              J. Scott Logan, Esq.
                                              Attorney for Plaintiff
                                              and Counterclaim Defendant

07-11193